JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| YOLANDA P. AGUILAR, | )    Case No. EDCV 08-0514-MLG |
|              Plaintiff, | ) |
| | )         JUDGMENT |
|     v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
|              Defendant. | ) |
| _____ | ) |

     IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: January 13, 2009

                MARC L. GOLDMAN

                _____
                MARC L. GOLDMAN
                United States Magistrate Judge